# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Telephone: [202] 502-2800<br>Fax: [202] 502-2888 |

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
Rec'd 6/8/06
★ MAY 19 2006
BROOKLYN OFFICE

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Mecca S. Carter
Deputy Clerk

Attachment

cc:  Transferee Judge:       Judge Jack B. Weinstein
     Transferor Judges:      (See Attached List of Judges)
     Transferor Clerk:       Richard W. Wieking

JPML Form 36



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

M      2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 1 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Case 3:06-cv-01230-MMC   Document 14   Filed 08/28/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #          CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829 SC          Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830 WHA         Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832 JSW         Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833 CRB         James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892 MJJ         Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895 WHA         Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902 WHA         Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908 MJJ         Zachary Gilman v. Eli Lilly & Co.
~~CAN 3  05-5009~~              ~~Clarence King, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  05-5011~~              ~~Shannon Harbison, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5013 WHA         Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029 PJH         Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032 PJH         Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033 MJJ         Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074 MHP         Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077 WHA         Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078 SC          Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093 PJH         David Strawn v. Eli Lilly & Co.
CAN 3  05-5094 PJH         Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096 JSW         Michael Keizur v. Eli Lilly & Co.
~~CAN 3  05-5149~~              ~~Thomas Partlow v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5150 WHA         Jeffrey Oldewurtel v. Eli Lilly & Co.
~~CAN 3  05-5152~~              ~~Michael Horton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5153 MMC         Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266 SBA         Duane Long v. Eli Lilly & Co.
CAN 3  05-5267 PJH         Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268 MJJ         Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269 JSW         Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31 JSW           Jeannie Swartz v. Eli Lilly & Co.
~~CAN 3  06-35~~                ~~Rose Cook, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-40~~                ~~Tammie Pinkney v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-41 WHA           Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248 EDL          Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252 WHA          Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253 JSW          Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894 WHA          Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895 PJH          Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896 TEH          Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897 SBA          Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898 MMC          Celita Finney v. Eli Lilly & Co.
CAN 3  06-899 SC           Duane Windom v. Eli Lilly & Co.
CAN 3  06-900 WHA          Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901 MMC          Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903 WHA          Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904 SC           Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905 TEH          Della Collins v. Eli Lilly & Co.
CAN 3  06-952 SC           Constance Heg v. Eli Lilly & Co.
CAN 3  06-955 SBA          Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956 PJH          Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957 MJJ          Linda Wright v. Eli Lilly & Co.
CAN 3  06-958 WHA          Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                  PAGE 2 of 9

| | | |
|---|---|---|
| CAN 3 | 06-959 ST | Philip G. Roulo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-960 JSW | Richard Anderson v. Eli Lilly & Co. |
| CAN 3 | 06-961 WHA | Paul E. Boring, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-962 MJJ | Silas Bennett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-965 MJJ | Rhona Smith, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-966 MMC | Sherry Stone, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-967 MJJ | Timmons Hill v. Eli Lilly & Co. |
| CAN 3 | 06-968 SC | Violet Adamovich, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-969 WHA | Laurie Woloszyn v. Eli Lilly & Co. |
| CAN 3 | 06-970 PJH | Tania Rupert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-972 PJH | Vickie Abasta v. Eli Lilly & Co. |
| CAN 3 | 06-976 TEH | Anthony Jackson v. Eli Lilly & Co. |
| CAN 3 | 06-979 SC | Estella Mullings v. Eli Lilly & Co. |
| CAN 3 | 06-981 MMC | Cheryl Hill v. Eli Lilly & Co. |
| CAN 3 | 06-983 SC | Aaron Roberts v. Eli Lilly & Co. |
| CAN 3 | 06-984 MHT | Mary Willhoite v. Eli Lilly & Co. |
| CAN 3 | 06-987 PJH | Tuesday Golden, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-989 MMC | Vag Mayi v. Eli Lilly & Co. |
| CAN 3 | 06-990 MJJ | Constance Fuller v. Eli Lilly & Co. |
| CAN 3 | 06-991 MJJ | Louise Rodriguez v. Eli Lilly & Co. |
| CAN 3 | 06-994 MHT | Jason Evans v. Eli Lilly & Co. |
| CAN 3 | 06-995 TEH | Aaron Kirkland v. Eli Lilly & Co. |
| CAN 3 | 06-996 PJH | Laura Dalena v. Eli Lilly & Co. |
| CAN 3 | 06-997 MMC | Roger Mount, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-998 SC | Teresa Brando v. Eli Lilly & Co. |
| CAN 3 | 06-999 ST | Linda Hilton v. Eli Lilly & Co. |
| CAN 3 | 06-1001 MHT | Adam Santucci v. Eli Lilly & Co. |
| CAN 3 | 06-1003 MJJ | Assefa Enkuneh v. Eli Lilly & Co. |
| CAN 3 | 06-1004 MMC | Linda Tafoya-Bassett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1005 MMC | Cheryl D. Adams v. Eli Lilly & Co. |
| CAN 3 | 06-1006 SC | Kathleen Koche v. Eli Lilly & Co. |
| CAN 3 | 06-1007 MMC | Juan Saffold v. Eli Lilly & Co. |
| CAN 3 | 06-1008 JSW | Gloria Scott v. Eli Lilly & Co. |
| CAN 3 | 06-1009 JSW | Mary Smith v. Eli Lilly & Co. |
| CAN 3 | 06-1010 PJH | Craig Lucas v. Eli Lilly & Co. |
| CAN 3 | 06-1011 MMC | Charmine Laney v. Eli Lilly & Co. |
| CAN 3 | 06-1013 SC | Karen Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1023 JSW | Pat Colvin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1024 WHA | Charles H. Butler, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1025 TEH | Bart Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1026 MMC | Deborah Hargraves v. Eli Lilly & Co. |
| CAN 3 | 06-1027 MMC | Robin Mcgowan v. Eli Lilly & Co. |
| CAN 3 | 06-1028 PJH | Josie Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1029 MJJ | Ralph Cole v. Eli Lilly & Co. |
| CAN 3 | 06-1031 WHA | Theodore Comer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1033 WHA | Craig Green v. Eli Lilly & Co. |
| CAN 3 | 06-1034 JSW | Judith Kokesh, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1035 SC | Hollis Greenspan v. Eli Lilly & Co. |
| CAN 3 | 06-1036 MMC | Mildred Robek, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1037 JL | Linda Rockman v. Eli Lilly & Co. |
| CAN 3 | 06-1039 MJJ | John Molinaro, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1040 WHA | John Wardlow v. Eli Lilly & Co. |
| CAN 3 | 06-1041 MJJ | Henry Wolfe, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1042 MJJ | Karlina Ann Temple, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1043 WHA | Scott Murphy v. Eli Lilly & Co. |
| CAN 3 | 06-1044 PJH | Sabenna D. Burgess v. Eli Lilly & Co. |
| CAN 3 | 06-1045 SC | John Sgarlata, et al. v. Eli Lilly & Co. |
| ~~CAN 3 06-1046~~ | | ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3 06-1049~~ | | ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06 |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 3 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1050 ᛟᛟ | Howard Grove, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1051 ᛟᛏ | Anna Andrake, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1052 ᛋᛋ | Connie L. Zimmerman, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1053 ᛃᛏᛏ | Patricia D. Sowa, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1054 ᛋᛋ | Priscilla Shrader v. Eli Lilly & Co. |
| CAN 3 | 06-1056 ᛃᛏ | Janet Janssen v. Eli Lilly & Co. |
| CAN 3 | 06-1057 ᛗᛟᛟ | Mary Kathryn Isom, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1058 ᛗᛗᛋ | Dean Brenner, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1060 ᛋᛋ | Cathy Strickland, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1061 ᛈᛟᛏ | Joseph Teleky, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1062 ᛈᛟᛏ | Brenda Hunter v. Eli Lilly & Co. |
| CAN 3 | 06-1063 ᛗᛗᛋ | Steven Tomaselli v. Eli Lilly & Co. |
| CAN 3 | 06-1064 ᛗᛗᛋ | Theresa Trotman v. Eli Lilly & Co. |
| CAN 3 | 06-1076 ᛋᛁ | Michael D. Raynor, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1077 ᛃᛏᛏ | Rommell Thompson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1078 ᛃᛏᛏ | Noemi Hernandez v. Eli Lilly & Co. |
| CAN 3 | 06-1079 ᛗᛟᛟ | Wandy Deasy v. Eli Lilly & Co. |
| CAN 3 | 06-1080 ᛗᛏᛈ | Joe Flores v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1081~~ | ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1082 ᛟᛟ | Felipe Flores v. Eli Lilly & Co. |
| CAN 3 | 06-1083 ᛈᛟᛏ | Jamal G. Treadwell v. Eli Lilly & Co. |
| CAN 3 | 06-1084 ᛗᛗᛋ | Ward Marks v. Eli Lilly & Co. |
| CAN 3 | 06-1085 ᛃᛏᛏ | Carroll Vanover v. Eli Lilly & Co. |
| CAN 3 | 06-1086 ᛗᛟᛟ | Sandy Laverich v. Eli Lilly & Co. |
| CAN 3 | 06-1088 ᛟᛟ | Alberta Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1090 ᛋᛋ | Greg Bauder v. Eli Lilly & Co. |
| CAN 3 | 06-1091 ᛗᛏᛈ | Linda Soule v. Eli Lilly & Co. |
| CAN 3 | 06-1093 ᛃᛏᛏ | Pampatha Mitchell, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1096 ᛗᛗᛋ | Keith Bacon v. Eli Lilly & Co. |
| CAN 3 | 06-1099 ᛗᛟᛟ | James Fraser v. Eli Lilly & Co. |
| CAN 3 | 06-1100 ᛗᛟᛟ | Lois Osenga v. Eli Lilly & Co. |
| CAN 3 | 06-1103 ᛈᛟᛏ | Brandon Holmes v. Eli Lilly & Co. |
| CAN 3 | 06-1106 ᛈᛟᛏ | Gary Gauthier v. Eli Lilly & Co. |
| CAN 3 | 06-1108 ᛟᛟ | Leilani Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1110 ᛃᛏᛏ | Theresa Hill v. Eli Lilly & Co. |
| CAN 3 | 06-1111 ᛋᛋ | Marguerite Joiner v. Eli Lilly & Co. |
| CAN 3 | 06-1112 ᛈᛟᛏ | Glenna Rohr v. Eli Lilly & Co. |
| CAN 3 | 06-1113 ᛗᛗᛋ | Diana Platts v. Eli Lilly & Co. |
| CAN 3 | 06-1116 ᛃᛏᛏ | Toni Iness v. Eli Lilly & Co. |
| CAN 3 | 06-1117 ᛃᛏᛏ | Carlos Garcia v. Eli Lilly & Co. |
| CAN 3 | 06-1118 ᛗᛟᛟ | Jason Skaggs v. Eli Lilly & Co. |
| CAN 3 | 06-1119 ᛖᛞᛚ | Kimberly Johnson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1122 ᛋᛁ | James Thomas v. Eli Lilly & Co. |
| CAN 3 | 06-1123 ᛃᛏᛏ | Bruce Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1124 ᛏᛖᛏ | Jeffrey Hamlet v. Eli Lilly & Co. |
| CAN 3 | 06-1125 ᛟᛟ | Timothy Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1126 ᛃᛏᛏ | James Arns v. Eli Lilly & Co. |
| CAN 3 | 06-1127 ᛗᛟᛟ | Severa Cruz v. Eli Lilly & Co. |
| CAN 3 | 06-1128 ᛃᛏᛏ | Brian Rickard v. Eli Lilly & Co. |
| CAN 3 | 06-1129 ᛃᛏᛏ | Peter Klein, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1131 ᛃᛏᛏ | James J. Duchnowski, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1132 ᛗᛗᛋ | Jamel Easterly, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1133 ᛏᛖᛏ | Alvie M. Laver v. Eli Lilly & Co. |
| CAN 3 | 06-1134 ᛗᛟᛟ | Shirley Eddy v. Eli Lilly & Co. |
| CAN 3 | 06-1135 ᛋᛒᛏ | Robin Cameron, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1155 ᛃᛏᛏ | Lisa Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1156 ᛈᛟᛏ | Dale Hoblit, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1158 ᛗᛟᛟ | William C. Briggs, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1159 ᛋᛒᛏ | Norine Ciaio v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                PAGE 4 of 9

| | | | |
|---|---|---|---|
| CAN 3 | 06-1160 | | Yash Kapur v. Eli Lilly & Co. |
| CAN 3 | 06-1161 | | Doreen Bell v. Eli Lilly & Co. |
| CAN 3 | 06-1162 | | William O'brien v. Eli Lilly & Co. |
| CAN 3 | 06-1163 | | Kimberly Hopkins v. Eli Lilly & Co. |
| CAN 3 | 06-1164 | | Florence Karolyi v. Eli Lilly & Co. |
| CAN 3 | 06-1168 | | Kathlene Cheriki v. Eli Lilly & Co. |
| CAN 3 | 06-1170 | | Susan Kline v. Eli Lilly & Co. |
| CAN 3 | 06-1171 | | Dennis Muschitz v. Eli Lilly & Co. |
| CAN 3 | 06-1172 | | Patricia Banks v. Eli Lilly & Co. |
| CAN 3 | 06-1174 | | David Chismar, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1175 | | Virginia Craig v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1178~~ | | ~~Sandra Nyberg, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1179 | | Lehman Brownell v. Eli Lilly & Co. |
| CAN 3 | 06-1180 | | Yolanda Araujo v. Eli Lilly & Co. |
| CAN 3 | 06-1182 | | Karen Halechko v. Eli Lilly & Co. |
| CAN 3 | 06-1184 | | Gerald Garfield, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1185 | | Tyna Bass v. Eli Lilly & Co. |
| CAN 3 | 06-1186 | | Antonio Daniel v. Eli Lilly & Co. |
| CAN 3 | 06-1187 | | Pat Miller, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1188 | | Alberta Oliviri v. Eli Lilly & Co. |
| CAN 3 | 06-1190 | | Juawawno Boone v. Eli Lilly & Co. |
| CAN 3 | 06-1194 | | Anne Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1195 | | Paul Matthews v. Eli Lilly & Co. |
| CAN 3 | 06-1198 | | Ann Marie Gianetto v. Eli Lilly & Co. |
| CAN 3 | 06-1199 | | Kathy Martin v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1200~~ | | ~~Gould Mcclarny v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1201 | | Waymon Donat v. Eli Lilly & Co. |
| CAN 3 | 06-1202 | | Richard Jenkins, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1204 | | Frank Giacomazzo v. Eli Lilly & Co. |
| CAN 3 | 06-1206 | | Letha Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1207 | | Patricia Glenn, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1209 | | Judith A. Gunnette, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1230 | | John Bowermaster v. Eli Lilly & Co. |
| CAN 3 | 06-1231 | | Patrick Callaway v. Eli Lilly & Co. |
| CAN 3 | 06-1232 | | Mary Lee v. Eli Lilly & Co. |
| CAN 3 | 06-1233 | | Barbara Pupo v. Eli Lilly & Co. |
| CAN 3 | 06-1235 | | Iris Wohlt, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1236 | | Darrel Vail v. Eli Lilly & Co. |
| CAN 3 | 06-1237 | | Charles Coffman v. Eli Lilly & Co. |
| CAN 3 | 06-1239 | | Lauree Ward v. Eli Lilly & Co. |
| CAN 3 | 06-1240 | | Patricia Pirotta v. Eli Lilly & Co. |
| CAN 3 | 06-1241 | | Larry Pancher v. Eli Lilly & Co. |
| CAN 3 | 06-1242 | | Jo Marie Santi v. Eli Lilly & Co. |
| CAN 3 | 06-1244 | | Gail F. Cowher v. Eli Lilly & Co. |
| CAN 3 | 06-1245 | | Cox v. Eli Lilly & Co. |
| CAN 3 | 06-1246 | | Kenneth Crawford v. Eli Lilly & Co. |
| CAN 3 | 06-1263 | | William J. Crawford v. Eli Lilly & Co. |
| CAN 3 | 06-1267 | | Kimberly Santagata, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1269 | | Harrison Sarver, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1270 | | Rivers v. Eli Lilly & Co. |
| CAN 3 | 06-1273 | | Marianne Capelle, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1274 | | Kathleen Mark, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1281 | | Scott M. Tucker v. Eli Lilly & Co. |
| CAN 3 | 06-1282 | | Nancy L. French v. Eli Lilly & Co. |
| CAN 3 | 06-1293 | | Michael J. Watkins v. Eli Lilly & Co. |
| CAN 3 | 06-1294 | | Gerald L. Fletcher v. Eli Lilly & Co. |
| CAN 3 | 06-1297 | | Pamela A. Pence, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1299 | | Ashraf M. Hashmi v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1308~~ | | ~~Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06 |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 5 of 9

CAN 3  06-1310 ᴍᴶᵤ          Wesley Kirby v. Eli Lilly & Co.
CAN 3  06-1312 ᴶᵤ           Beth Smith, et al. v. Eli Lilly & Co.
~~CAN 3  06-1313~~          ~~Leilani Jones v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1320 SC           Josie L. Murray v. Eli Lilly & Co.
CAN 3  06-1327 ᴡᴴᴬ          Beatrice L. Elserougi v. Eli Lilly & Co.
CAN 3  06-1328 ᴾᴶᴴ          Valerie J. Mirabile v. Eli Lilly & Co.
CAN 3  06-1330 ᴍᴹᶜ          Larry Reyes v. Eli Lilly & Co.
CAN 3  06-1333 ᴍᴶᵤ          Kathleen A. Hawk v. Eli Lilly & Co.
CAN 3  06-1334 ᔆᴮᴬ          Robert Koch v. Eli Lilly & Co.
CAN 3  06-1339 ᴡᴴᴬ          Ernestine Bowyer v. Eli Lilly & Co.
CAN 3  06-1340 ᴡᴴᴬ          Airetta P.J. Becica v. Eli Lilly & Co.
CAN 3  06-1343 ᴾᴶᴴ          Marie D. Price v. Eli Lilly & Co.
CAN 3  06-1344 ᴍᴶᵤ          Lawrence Segers, Jr. v. Eli Lilly & Co.
CAN 3  06-1354 ᴶᵤ           Rick Alldrin, et al. v. Eli Lilly & Co.
CAN 3  06-1356 ᴾᴶᴴ          Lionel Arms, et al. v. Eli Lilly & Co.
CAN 3  06-1373 ᴍᴹᶜ          Judith A. Stanley v. Eli Lilly & Co.
CAN 3  06-1374 ᴍᴹᶜ          Donna M. Strasburger v. Eli Lilly & Co.
~~CAN 3  06-1376~~          ~~Richard Keith, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1379 SC           Deborah A. Couch v. Eli Lilly & Co.
CAN 3  06-1382 ᴛᴇᴴ          Donald R. Dimartino v. Eli Lilly & Co.
~~CAN 3  06-1387~~          ~~Wesley Kirby v. Eli Lilly & Co.~~ Vacated 5/17/06
CAN 3  06-1388 ᔆᴵ           Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co.
CAN 3  06-1389 SC           Brandy S. Morgan v. Eli Lilly & Co.
CAN 3  06-1392 ᴛᴇᴴ          Donna L. Wojnovich v. Eli Lilly & Co.
CAN 3  06-1393 SC           Caren L. Wilson v. Eli Lilly & Co.
CAN 3  06-1396 ᴶᵤ           Charlene West v. Eli Lilly & Co.
CAN 3  06-1397 ᴡᴴᵀ          Mary Senf v. Eli Lilly & Co.
CAN 3  06-1398 ᴾᴶᴴ          Nancy L. Axe v. Eli Lilly & Co.
CAN 3  06-1400 ᴾᴶᴴ          Judy M. Fisher v. Eli Lilly & Co.
CAN 3  06-1401 ᴶᵤ           Azie Gould Mcclardy v. Eli Lilly & Co.
CAN 3  06-1404 ᴛᴇᴴ          Robert Young v. Eli Lilly & Co.
CAN 3  06-1405 SC           Peter Williams v. Eli Lilly & Co.
CAN 3  06-1406 ᴡᴴᴬ          Marlene Rogala v. Eli Lilly & Co.
CAN 3  06-1432 ᴍᴹᶜ          Shantell Wade-Herbert, et al. v. Eli Lilly & Co.
CAN 3  06-1433 ᔆᴮᴬ          Evelina Zollicoffer, et al. v. Eli Lilly & Co.
CAN 3  06-1435 ᔆᴮᴬ          David R. Werner v. Eli Lilly & Co.
CAN 3  06-1437 ᴡᴴᵀ          Earnest L. Davis v. Eli Lilly & Co.
CAN 3  06-1439 ᴍᴶᵤ          Joann Philbin, et al. v. Eli Lilly & Co.
CAN 3  06-1442 SC           Barrett v. Eli Lilly & Co.
CAN 3  06-1443 ᴡᴴᴬ          Carol A. Bartlett v. Eli Lilly & Co.
CAN 3  06-1457 ᔆᴮᴬ          Howard Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1458 ᴾᴶᴴ          Bernadine A. Bienias v. Eli Lilly & Co.
CAN 3  06-1460 ᴍᴹᶜ          Richard A. Hernandez v. Eli Lilly & Co.
CAN 3  06-1462 ᴶᵤ           Sandra M. Johnson v. Eli Lilly & Co.
CAN 3  06-1465 ᴾᴶᴴ          Heber Olsen, et al. v. Eli Lilly & Co.
CAN 3  06-1466 SC           James Cutter v. Eli Lilly & Co.
CAN 3  06-1467 ᴛᴇᴴ          Adnan Tuncel v. Eli Lilly & Co.
CAN 3  06-1468 ᴛᴇᴴ          Shirley A. Jones v. Eli Lilly & Co.
CAN 3  06-1469 ᴶᵤ           Zackarius E. Kleinsasser v. Eli Lilly & Co.
CAN 3  06-1472 ᴶᵤ           Damon L. Dowdell v. Eli Lilly & Co.
CAN 3  06-1473 ᴍᴶᵤ          Jennifer L. Kebler v. Eli Lilly & Co.
CAN 3  06-1476 ᴾᴶᴴ          Linda K. Hartle v. Eli Lilly & Co.
CAN 3  06-1477 ᴍᴶᵤ          Oradean Foster v. Eli Lilly & Co.
CAN 3  06-1479 ᴡᴴᵀ          Maurice Looney v. Eli Lilly & Co.
CAN 3  06-1480 ᴍᴹᶜ          Andrew J.w. Walker v. Eli Lilly & Co.
CAN 3  06-1481 ᴡᴴᵀ          Gregory Knight v. Eli Lilly & Co.
CAN 3  06-1482 SC           Harriet F. Haughiout v. Eli Lilly & Co.
CAN 3  06-1484 ᴶᵤ           Mary E. Hunter v. Eli Lilly & Co.
CAN 3  06-1486 ᴛᴇᴴ          Marvette L. Keys v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 6 of 9

CAN 3  06-1487 PJH      Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489 WHA      William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490 MJJ      Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491 MMC      Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493 MHP      David Martinez v. Eli Lilly & Co.
CAN 3  06-1494 SC       Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495 JSW      Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497 MJJ      Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525 JSW      Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527 SC       Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530 SC       Joel Feser v. Eli Lilly & Co.
CAN 3  06-1532          Gerald Garfield, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1533 JSW      Eric Padgett v. Eli Lilly & Co.
CAN 3  06-1534          Alberta Johnson v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1537 MJJ      Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538 MMC      Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540 MMC      Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542 TEH      Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543 MJJ      William Maloney v. Eli Lilly & Co.
CAN 3  06-1544 JSW      Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547 MMC      Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548 SC       Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549 WHA      Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550 MHP      Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552 SI       Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553 SI       Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554 PJH      Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556 PJH      Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559 SC       Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562 WHA      David Bell v. Eli Lilly & Co.
CAN 3  06-1563 JSW      Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565 PJH      Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566 MMC      Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567 WHA      Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605 MHP      Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606 MJJ      Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611 SI       Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613 SI       Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614 SI       Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615 CW       Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618 SI       Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620 SI       Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622 SI       Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623 SI       Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624 SI       Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625 SI       Nicholas Gonzales v. Eli Lilly & Co.
CAN 3  06-1626          Ann Dutton v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1627 SI       Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628 SI       Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643 SI       James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644 SI       Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692 EMC      Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693 MHP      Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697 MHP      Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699 SC       James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701 SI       Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702 MMC      Marcella L. Lowry v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 7 of 9

CAN 3  06-1705 *SC*              Donald D. Hetrick v. Eli Lilly & Co.
CAN 3  06-1706 *JSW*             Carol S. Buvoltz v. Eli Lilly & Co.
~~CAN 3  06-1708~~               ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06
CAN 3  06-1709 *SI*              Ronald J. Elardo, et al. v. Eli Lilly & Co.
CAN 3  06-1712 *WHA*             Beverly Sikora, et al. v. Eli Lilly & Co.
~~CAN 3  06-1757~~               ~~Linda L. Nevel v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1758 *SC*              Gina Mcdonald v. Eli Lilly & Co.
CAN 3  06-1761 *MHP*            Tracy K. Mueller v. Eli Lilly & Co.
CAN 3  06-1770 *SI*              Madeline Elsener v. Eli Lilly & Co.
CAN 3  06-1787 *MJJ*            Joe Stevenson, et al. v. Eli Lilly & Co.
CAN 3  06-1788 *MJJ*            Helene M. Lotka v. Eli Lilly & Co.
CAN 3  06-1819 *SC*              Don Wilson v. Eli Lilly & Co.
CAN 3  06-1825 *WHA*            Darren A. Wimley v. Eli Lilly & Co.
CAN 3  06-1847 *PJH*            Shireen L. Thomas, et al. v. Eli Lilly & Co.
CAN 3  06-1852 *MJJ*            Curtis C. Tomkins v. Eli Lilly & Co.
CAN 3  06-1856 *PJH*            Irish G. Whaley v. Eli Lilly & Co.
CAN 3  06-1859 *MJJ*            Conrad F. Sammet, Jr. v. Eli Lilly & Co.
CAN 3  06-1860 *SI*              Brandy L. Rooks, et al. v. Eli Lilly & Co.
CAN 3  06-1931 *JSW*            Jorenda Bolden v. Eli Lilly & Co.
~~CAN 3  06-2038~~               ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-2188~~               ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2283 *WHA*            Johnnena Washington v. Eli Lilly & Co.
~~CAN 3  06-2385~~               ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06
~~CAN 3  06-2386~~               ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2398 *MHP*            Duane Inks v. Eli Lilly & Co.
CAN 3  06-2399 *MJJ*            Eunice Asher v. Eli Lilly & Co.
CAN 3  06-2420 *JSW*            Eiraje Hajebi, et al. v. Eli Lilly & Co., et al.
CAN 3  06-2421 *JSW*            David Engstrom, et al. v. Eli Lilly & Co., et al.
~~CAN 3  06-2489~~               ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2609 *MJJ*            Eric John Hornisher, et al. v. Eli Lilly & Co.
CAN 4  05-4831               Don Pledger, et al. v. Eli Lilly & Co.
CAN 4  05-4894               Tonya Alexander v. Eli Lilly & Co.
~~CAN 4  05-5097~~               ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 4  05-5098~~               ~~Shannon La'Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4  05-5099               Timothy O'neill v. Eli Lilly & Co.
CAN 4  05-5148               Mark Sewell v. Eli Lilly & Co.
CAN 4  05-5151               Tammy Kelly, et al. v. Eli Lilly & Co.
CAN 4  05-5291               Alberta Smiley-Harris v. Eli Lilly & Co.
CAN 4  05-5292               Denine Cook v. Eli Lilly & Co.
CAN 4  06-8                  Jerry Lee Ginn, et al. v. Eli Lilly & Co.
CAN 4  06-39                 Viola Ward v. Eli Lilly & Co.
CAN 4  06-250                David Sensenig v. Eli Lilly & Co.
CAN 4  06-893                George Carmack v. Eli Lilly & Co.
CAN 4  06-906                Franklin Fraley v. Eli Lilly & Co.
CAN 4  06-954                Patsy Shows v. Eli Lilly & Co.
CAN 4  06-973                Sidney Carson, et al. v. Eli Lilly & Co.
CAN 4  06-974                Patricia Grillot v. Eli Lilly & Co.
CAN 4  06-977                Daniel Lemke v. Eli Lilly & Co.
CAN 4  06-980                Natalie Summers v. Eli Lilly & Co.
CAN 4  06-985                Ruth Porter, et al. v. Eli Lilly & Co.
CAN 4  06-988                Ronald Kemp v. Eli Lilly & Co.
CAN 4  06-993                Steven Dektor v. Eli Lilly & Co.
CAN 4  06-1022               Martha Meyer, et al. v. Eli Lilly & Co.
CAN 4  06-1030               John Luthy v. Eli Lilly & Co.
CAN 4  06-1032               James P. Ledney, et al. v. Eli Lilly & Co.
CAN 4  06-1038               Hazel Blumenschein v. Eli Lilly & Co.
CAN 4  06-1048               Dante Barfield v. Eli Lilly & Co.
CAN 4  06-1055               Faye Montgomery v. Eli Lilly & Co.
CAN 4  06-1059               Dennis Taylor, et al. v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 8 of 9

| | | | |
|---|---|---|---|
| CAN 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                          PAGE 9 of 9

| | | |
|---|---|---|
| CAN 4 06-1696 | David Barton Thomas v. Eli Lilly & Co. | |
| CAN 4 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. | |
| CAN 4 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. | |
| ~~CAN 4 06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 | |
| CAN 4 06-1827 | Norma L. Terry v. Eli Lilly & Co. | |
| CAN 4 06-1844 | Jason Tsangaris v. Eli Lilly & Co. | |
| ~~CAN 4 06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 | |

Case 3:06-cv-01230-MMC   Document 14   Filed 08/28/06   Page 12 of 13

**INVOLVED COUNSEL LIST (CTO-49)**
**DOCKET NO. 1596**
**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

Case 1:04-md-01596-JBW-RLM    Document 567    Filed 05/19/2006    Page 13 of 13

## INVOLVED JUDGES LIST (CTO-49)
### DOCKET NO. 1596
### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102